DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**WORLDWIDE REALTY INVESTMENT CORP., JJ REALTY, LLC, CHILDREN OF AMERICA STERLING, LLC, CHILDREN OF AMERICA WILMINGTON, LLC, CHILDREN OF AMERICA WARRENTON, LLC, CHILDREN OF AMERICA CROFTON, LLC, CHILDREN OF AMERICA CHESTNUT HILL, LLC,** and **JAP3 HOLDINGS, LLC,**
Appellants,

v.

**JAMES ANTHONY PERRETTY, III** and **JEANNE LINSKEY PERRETTY,**
Appellees.

No. 4D18-1699

[October 11, 2018]

Appeal of a non-final order from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Charles E. Burton, Judge; L.T. Case No. 502017DR001236XXXXSB.

Kraig S. Weiss and Paul K. Silverberg of Silverberg & Weiss, P.A., Weston, for appellants.

Lydia A. Worden and Jennifer E. Reisler of Beaulieu-Fawcett Law Group, P.A., Delray Beach, for appellee Jeanne Linskey Perretty.

PER CURIAM.

*Affirmed.*

LEVINE, CONNER and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***